THE STATE, ADRIAN S. APPELGET, PROSECUTOR, v. FRANK H. POWNELL, COLLECTOR, &c.

1. On *certiorari*, the court will not consider evidence as to value of the property assessed for taxation, except by way of appeal from the decision of commissioners of appeal.
2. If a party assessed has opportunity to appeal to the board of commissioners and fail to do so, he cannot have relief on *certiorari* on the question of valuation.

On *certiorari*.   In matter of tax.

Argued at June Term, 1886, before Justices DIXON, REED and PARKER.

*A. S. Appelget, in pro. pers.*

The opinion of the court was delivered by

PARKER, J.   This *certiorari* brings before the court the assessment of taxes for the year 1885, on property of Adrian S. Appelget, in the township of Monroe, in the county of Middlesex.

The only reason for setting aside the assessment, urged by the prosecutor, is the alleged erroneous valuation, by the assessor, of his farm.   It is said by the prosecutor that his farm is rated higher than similar farm land of equal or greater value in the same township.   An effort was made to prove this, but the evidence is not satisfactory.   Even if the testimony proved that the farm was rated too high in comparison with other lands in the vicinity, it would not avail the prosecutor in this proceeding.   He had legal notice of the tax levied, in time to apply to the commissioners of appeal.   He did not apply to the commissioners for a reduction.   He says he had applied for reduction before other boards of commissioners, in former years, and had been refused.   This is not a good reason for not applying to the board of 1885.

The prosecutor has no legal right to have the court order a reduction of the tax or to set aside the assessment. On a question of value, depending on evidence, the court will not, on *certiorari*, entertain it, except by way of appeal, after the commissioners have acted. *State, Young, pros.,* v. *Parker*, 5 *Vroom* 49.

Whether an assessment is excessive, is within the province of the commissioners of appeal to determine, and application should *first* be made to them. *State* v. *Danser*, 3 *Zab.* 552; 5 *Vroom* 53.

If a party assessed has opportunity to make appeal before the board of commissioners and fails to do so, he cannot have relief on *certiorari*. *State, Hall, pros.,* v. *Snediker*, 13 *Vroom* 76.

In *Conover* v. *Davis*, 19 *Vroom* 112, it is held that on *certiorari* the court cannot determine disputes as to value of ratables.

The *certiorari* in this case is dismissed, with costs.